UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA QUINN MITCHELL,<br><br>　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　　　　　　　　Respondent. | Case No.: 18cv697-WQH (BLM)<br><br>**ORDER RE REQUEST FOR STATUS REPORT**<br><br>**[ECF No. 9]** |

On June 7, 2018, Petitioner filed nunc pro tunc a motion with the Court requesting that the Court provide him with a status report "on [Respondent's] new deadlines" because "[Respondent] has not made the court-ordered deadlines." ECF No. 9. On June 18, 2018, Petitioner filed nunc pro tunc a Memorandum of Points and Authorities in support of his request for a status report. ECF No. 13. In it, Petitioner claims that "May 15, 2018 was the initial date for the Respondent to make an Opposition," but Respondent has failed to do so. Id. at 1. The Court has reviewed the docket and finds that Petitioner is incorrect. On April 24, 2018, the Court issued an order titled "(1) Notice of Opportunity to Consent to Magistrate Judge Jurisdiction (28 U.S.C. § 636(c), F.R.C.P. 73), and (2) Order Requiring Response to Petition (28 U.S.C. § 2254, Rule 4)." ECF No. 5. The relevant portions of the order direct Respondent to 1) file a Notice of Appearance no later than May 15, 2018; and 2) file either a motion to dismiss or an answer to the Petition no later than July 2, 2018. Id. Respondent filed a Notice of

1

Appearance on May 7, 2018, several days before the deadline.  ECF No. 7.  The July 2, 2018 deadline has not yet passed.  Accordingly, the Court **DENIES** Petitioner's request for a status report as premature.  The Court **DIRECTS** the Clerk of the Court to provide Petitioner with one copy of each of the following documents referenced in this order:

1. a copy of the docket sheet showing proceedings to date; and
2. this Court's order filed on April 24, 2018 [ECF No. 5].

**IT IS SO ORDERED**.

Dated:  6/25/2018

Hon. Barbara L. Major
United States Magistrate Judge