UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KENYATTA QUINN MITCHELL, | Case No.: 18cv697-WQH (BLM) |
|---|---|
| Petitioner, | **ORDER RE PETITIONER'S REQUEST TO PRODUCE STATE RECORDS [ECF No. 17];** |
| v. | |
| DANIEL PARAMO, Warden, | **ORDER RE PETITIONER'S OBJECTION TO RESPONDENT'S REQUEST FOR STATE RECORDS [ECF No. 15]** |
| Respondent. | |

On June 22, 2018, Petitioner filed nunc pro tunc a motion with the Court requesting that the Court order Respondent to produce state records. ECF No. 17. Petitioner states in relevant part:

On September 26, 2016 in Dept. 5 the plaintiff went before the court during a pre-preliminary hearing. The recordings with the defendant were off the record, however what happened during those proceedings should be contained in a minute order. This record specifically applys [sic] to the petitioner's writ of habeas corpus claims. . . . This minute-order was not provided in the appellate transcripts. . . .In addition I also want to ask the Court to order the Office of Assigned Counsel to provide the petitioner with duplicates of the original subpoenas issued prior to the Preliminary. This is also part of the petitioner's argument that his Due Process was violated. This order is needed to ensure effective discovery by the Court.

1

Id. at 2.

The Court construes Petitioner's Request to Produce State Records as an *ex parte* motion for discovery. For the following reasons, the Court finds that Petitioner's motion for discovery is premature. On April 24, 2018, the Court set a briefing schedule. ECF No. 5. Pursuant to the briefing schedule, "[i]f Respondent contends the Petition can be decided without the Court's reaching the merits of Petitioner's claims," Respondent may file a motion to dismiss no later than July 2, 2018. Id. at ¶ 3. "If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve an answer to the Petition" no later than July 2, 2018. Id. at ¶ 6. Given this timetable, Respondent has not yet filed a motion to dismiss or answer, nor was she required to have done so.

If Respondent chooses to file a motion to dismiss, the Petition may be decided without the Court reaching the merits of Petitioner's claims. Therefore, Petitioner's request for discovery to support the merits of his claims may be moot. On the other hand, if Respondent chooses to file an answer, Petitioner's request for the state records will likely be addressed without the need for court-ordered discovery. Rule 5 of the Rules Governing § 2254 Cases provides that the "answer must address the allegations in the petition." Rule 5(b), 28 U.S.C. foll. § 2254. In addition, "[t]he answer must also indicate what transcripts (of pretrial, trial, sentencing, or post-conviction proceedings) are available, when they can be furnished and what proceedings have been recorded but not transcribed. The respondent must attach to the answer parts of the transcript that the respondent considers relevant." Rule 5(c), 28 U.S.C. foll. § 2254. If additional parts of the transcript are necessary to fully develop the record, "[t]he judge may order that the respondent furnish other parts of existing transcripts. . . ." Id.

Given the foregoing, although the requested state court records may support Petitioner's claims, the Court finds that Petitioner's motion is premature. The Court therefore **DENIES** the motion, without prejudice to Petitioner bringing another motion after Respondent files a response to the Petition, if Petitioner believes the facts underlying his claims are not fully developed before the Court.

On June 21, 2018, Petitioner also filed an Objection to Respondent's Request for State

1  Records. ECF No. 15.  Petitioner states that Respondent's Request for Order to Produce State
2  Records [ECF No. 10] "is frivolous, since these records were already reviewed by the court." ECF
3  No. 15 at 1. On June 14, 2018, this Court ruled on Respondent's Request for State Records. ECF
4  No. 11.  Accordingly, Petitioner's Objection is **DENIED AS MOOT**.

The Court **DIRECTS** the Clerk of the Court to provide Petitioner with one copy of the docket sheet showing proceedings to date.

**IT IS SO ORDERED**.

Dated:  6/28/2018

*[signature]*
Hon. Barbara L. Major
United States Magistrate Judge

3
18cv697-WQH (BLM)